1  SCOTT P. COOPER, SBN 96905
       scooper@proskauer.com
2  KEITH BUTLER, SBN 215670
       kbutler@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, California 90067-3206
   Telephone:  (310) 557-2900
5  Facsimile:   (310) 557-2193

6  Attorneys for Defendant
   MBIA, INC.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CITY OF STOCKTON,

   Plaintiff,

   v.

AMBAC FINANCIAL GROUP INC.;
MBIA, INC.; XL CAPITAL
ASSURANCE INC.; ACA FINANCIAL
GUARANTY CORP; FINANCIAL
GUARANTY INSURANCE COMPANY;
CIFG ASSURANCE NORTH AMERICA,
INC.; JASON KISSANE; NEIL PACK;
and Does 1 – 50,

   Defendants.

Case No. CV 08-4031

NOTICE OF RELATED CASES

(San Francisco Superior Court,
Case No. CGC-08-477848)

7583/53559-017
Current/11891287v

NOTICE OF RELATED CASES

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:
2      Pursuant to Local Rule 3-12 of this Court, the undersigned, counsel of record
3  for Defendant, MBIA, INC., is aware of no related cases previously filed or
4  currently pending in the Northern District that may involve the same issues of fact
5  and law as the instant action, or that appear likely to require substantial duplication
6  of labor if heard by different judges.

DATED:  August 22, 2008

PROSKAUER ROSE LLP
SCOTT P. COOPER
KEITH BUTLER

By: _____
          Scott P. Cooper
Attorneys for Defendants
MBIA, INC.