```
 1  SCOTT P. COOPER, SBN 96905
        scooper@proskauer.com
 2  KEITH BUTLER, SBN 215670
        kbutler@proskauer.com
 3  PROSKAUER ROSE LLP
    2049 Century Park East, 32nd Floor
 4  Los Angeles, California 90067-3206
    Telephone:  (310) 557-2900
 5  Facsimile:   (310) 557-2193

 6  Attorneys for Defendant
    MBIA, INC.
 7
 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11
12  CITY OF STOCKTON,                 )   Case No. CV 08 4031
                                      )
13              Plaintiff,            )
                                      )   NOTICE OF PENDENCY OF
14        v.                          )   OTHER ACTIONS OR
                                      )   PROCEEDINGS
15  AMBAC FINANCIAL GROUP INC.;       )
    MBIA, INC.; XL CAPITAL            )
16  ASSURANCE INC.; ACA FINANCIAL     )   (S.F. Superior Court,
    GUARANTY CORP; FINANCIAL          )   Docket No. CGC-08-477848)
17  GUARANTY INSURANCE COMPANY;       )
    CIFG ASSURANCE NORTH AMERICA,     )
18  INC.; JASON KISSANE; NEIL PACK;   )
    and Does 1 – 50,                  )
19                                    )
                Defendants.           )
20                                    )
```

Stamps: ORIGINAL FILED 08 AUG 22 PM 3:42 CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; E-filing; WDB; VIA FAX COPY

1 | TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2 |     Pursuant to Civil Local Rules 83-1.4.1 and 83-1.4.2 of this Court, the undersigned, counsel of record for defendant MBIA, INC., believes that the instant action involves all or a material part of the subject matter of a nearly identical action filed on July 23, 2008 on behalf of the City of Stockton in the Superior Court of California in and for the County of San Francisco, entitled City of Stockton v. Ambac Financial Group Inc. *et al.*, under Docket No. CGC-08-477848. The instant action and this other action allege the same statutory and common law claims against the same defendants based on the same or similar alleged acts or omissions.

    The undersigned also believes, based on various media reports, that there may be, in addition to the other action identified above, additional actions brought on the same or similar grounds against the same defendants in other jurisdictions throughout the state; the undersigned has no specific knowledge of such actions, but believes such actions may be filed in the future.

DATED: August 22, 2008

PROSKAUER ROSE LLP
SCOTT P. COOPER
KEITH BUTLER

By: _____
    Scott P. Cooper
Attorneys for Defendants
MBIA, INC.