1  SCOTT P. COOPER, SBN 96905
   scooper@proskauer.com
2  KEITH BUTLER, SBN 215670
   kbutler@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, California 90067-3206
   Telephone: (310) 557-2900
5  Facsimile:  (310) 557-2193

6  Attorneys for Defendant
   MBIA, INC.

9           UNITED STATES DISTRICT COURT
10          NORTHERN DISTRICT OF CALIFORNIA
11              SAN FRANCISCO DIVISION

12  CITY OF STOCKTON,                    ) Case No. CV 08 4031
13                                       )
              Plaintiff,                 )
14                                       ) CERTIFICATION OF
         v.                              ) INTERESTED ENTITIES OR
15                                       ) PERSONS
    AMBAC FINANCIAL GROUP INC.;          )
16  MBIA, INC.; XL CAPITAL               )
    ASSURANCE INC.; ACA FINANCIAL        ) (S.F. Superior Court,
17  GUARANTY CORP; FINANCIAL             ) Docket No. CGC-08-477848)
    GUARANTY INSURANCE COMPANY;          )
18  CIFG ASSURANCE NORTH AMERICA,        )
    INC.; JASON KISSANE; NEIL PACK;      )
19  and Does 1 – 50,                     )
                                         )
20            Defendants.                )

6559/11994-001
Current/7274628v1
                    NOTICE OF INTERESTED PARTIES

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

3  than the named parties, there are no persons, associations of persons, firms,

4  partnerships, corporations (including parent corporations) or other entities that (i)

5  have a financial interest in the subject matter in controversy or in a party to the

6  proceeding, or (ii) have a non-financial interest in that subject matter or in a party

7  that could be substantially affected by the outcome of this proceeding.

8

9  DATED: August 22, 2008        PROSKAUER ROSE LLP
                                           LOIS THOMPSON

10                                            KEITH BUTLER

11

12                                                     Scott P. Cooper
                                          Attorneys for Defendant,

13                                          MBIA, Inc.