| | |
|---|---|
| 1 | SCOTT P. COOPER, SBN 96905 |
| | scooper@proskauer.com |
| 2 | KEITH BUTLER, SBN 215670 |
| | kbutler@proskauer.com |
| 3 | PROSKAUER ROSE LLP |
| | 2049 Century Park East, 32nd Floor |
| 4 | Los Angeles, California 90067-3206 |
| | Telephone: (310) 557-2900 |
| 5 | Facsimile: (310) 557-2193 |
| 6 | Attorneys for Defendant |
| | MBIA, INC. |

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF STOCKTON, | ) Case No. **CV 08 4031** |
| Plaintiff, | ) |
| v. | ) PROOF OF SERVICE OF |
| | ) NOTICE TO ADVERSE PARTY |
| AMBAC FINANCIAL GROUP INC.; | ) OF FILING OF NOTICE OF |
| MBIA, INC.; XL CAPITAL | ) REMOVAL TO THE UNITED |
| ASSURANCE INC.; ACA FINANCIAL | ) STATES DISTRICT COURT FOR |
| GUARANTY CORP; FINANCIAL | ) THE NORTHERN DISTRICT OF |
| GUARANTY INSURANCE COMPANY; | ) CALIFORNIA |
| CIFG ASSURANCE NORTH AMERICA, | ) |
| INC.; JASON KISSANE; NEIL PACK; | ) |
| and Does 1 – 50, | ) |
| Defendants. | ) |

7583/53559-017
Current/11891254

PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL TO THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On August 22, 2008, I served the foregoing document, described as:

**NOTICE TO ADVERSE PARTY OF DEFENDANTS' FILING OF NOTICE OF REMOVAL TO U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

☒    by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as follows:

Richard E. Nosky, Jr., Esq.
CITY ATTORNEY
CITY OF STOCKTON
425 North El Dorado Street
Stockton, CA 95202
Ph:    (209) 937-8009
Fax:   (209) 937-8898

Joseph W. Cotchett
Nanci E. Nishimura
Stuart G. Gross
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Ph:   650-697-6000
Fax: 650-697-0577

William H. Parish, Esq.
Parish & Small
1919 Grand Canal Boulevard
Suite A-5
Stockton, CA 95207
Ph:    (209) 952-1992
Fax:   (209) 952-0250

☒    (By Mail) I am "readily familiar" with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the envelopes would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 22, 2008, at Los Angeles, California.

Patty Hays
Type or Print Name                                        Signature

1

PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

7583/53559-017
Current/11891254