```
 1  SCOTT P. COOPER, SBN 96905
        scooper@proskauer.com
 2  KEITH BUTLER, SBN 215670
        kbutler@proskauer.com
 3  PROSKAUER ROSE LLP
    2049 Century Park East, 32nd Floor
 4  Los Angeles, California 90067-3206
    Telephone: (310) 557-2900
 5  Facsimile:  (310) 557-2193

 6  Attorneys for Defendant
    MBIA, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF STOCKTON, | Case No. CV 08 4031 |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| AMBAC FINANCIAL GROUP, INC.; MBIA, INC.; XL CAPITAL ASSURANCE INC.; ACA FINANCIAL GUARANTY CORP; FINANCIAL GUARANTY INSURANCE COMPANY; CIFG ASSURANCE NORTH AMERICA, INC.; JASON KISSANE; NEIL PACK; and Does 1 – 50, | |
| Defendants. | |

VIA FAX    COPY    ORIGINAL FILED 08 AUG 22 PM 3:42    E-filing    WDB

7583/53559-017
Current/11895480v1

CERTIFICATE OF SERVICE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On August 22, 2008, I served the following documents, described as:

1.  **CIVIL COVER SHEET;**

2.  **NOTICE OF REMOVAL OF THE CIVIL ACTION FROM THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES; DECLARATION OF SCOTT P. COOPER IN SUPPORT THEREOF,** including as exhibits:

    A.  **LOS ANGELES COUNTY SUPERIOR COURT COMPLAINT AND SUMMONS;**

    B.  **NOTICE TO STATE COURT OF DEFENDANTS' FILING OF NOTICE OF REMOVAL TO U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA;**

    C.  **NOTICE TO ADVERSE PARTY OF DEFENDANTS' FILING OF NOTICE OF REMOVAL TO U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA;** and

    D.  **CONSENTS TO REMOVAL**

3.  **PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA;**

4.  **NOTICE OF RELATED CASES;**

5.  **NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS;** and

6.  **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

1

2   ☒   by placing ☐ the original ☒ true copies thereof enclosed in sealed
3        envelopes addressed as follows:

4   Richard E. Nosky, Jr., Esq.                Joseph W. Cotchett, Esq.
    CITY ATTORNEY                              Nanci E. Nishimura, Esq.
5   CITY OF STOCKTON                           Stuart G. Gross, Esq.
    425 North El Dorado Street                 COTCHETT, PITRE &
6   Stockton, CA 95202                            MCCARTHY
    Ph:  (209) 937-8009                        San Francisco Airport Office Center
7   Fax: (209) 937-8898                        840 Malcolm Road, Suite 200
                                               Burlingame, CA 94010
8                                              Ph:  650-697-6000
                                               Fax: 650-697-0577
9   William H. Parish, Esq.
    Parish & Small
10  1919 Grand Canal Boulevard
    Suite A-5
11  Stockton, CA 95207
    Ph:  (209) 952-1992
12  Fax: (209) 952-0250

13

14  ☒   (By Mail) I am "readily familiar" with the Firm's practice of collection and
        processing correspondence for mailing. Under that practice, the envelopes
15      would be deposited with the U.S. Postal Service on that same day with
        postage thereon fully prepaid at Los Angeles, California, in the ordinary
16      course of business. I am aware that on motion of the party served, service
        is presumed invalid if postal cancellation date or postage meter date is more
17      than one day after date of deposit for mailing in affidavit.

18
    ☒   (Federal) I declare that I am employed in the office of a member of
19      the bar of this Court at whose direction the service was made.

20      I declare under penalty of perjury that the foregoing is true and correct.

21      Executed on August 22, 2008 at Los Angeles, California.

22
                                                        *Patty Hays* (signature)
23          Patty Hays                                  _____
            Type or Print Name                          Signature
24

25

26

27

28

2
CERTIFICATE OF SERVICE

7583/53559-017
Current/11895480v1