1  SCOTT P. COOPER, SBN 96905
    scooper@proskauer.com
2  KEITH BUTLER, SBN 215670
    kbutler@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, California 90067-3206
   Telephone:  (310) 557-2900
5  Facsimile:   (310) 557-2193

6  Attorneys for Defendant
   MBIA, INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12  CITY OF STOCKTON,                    ) Case No. CV 08-4031
                                         )
13            Plaintiff,                 )
                                         ) **NOTICE OF ERRATA RE:**
14       v.                              ) **NOTICE OF PENDENCY OF**
                                         ) **OTHER ACTIONS OR**
15  AMBAC FINANCIAL GROUP INC.;          ) **PROCEEDINGS**
    MBIA, INC.; XL CAPITAL               )
16  ASSURANCE INC.; ACA FINANCIAL        )
    GUARANTY CORP; FINANCIAL             ) (S.F. Superior Court,
17  GUARANTY INSURANCE COMPANY;          ) Docket No. CGC-08-477848)
    CIFG ASSURANCE NORTH AMERICA,        )
18  INC.; JASON KISSANE; NEIL PACK;      )
    and Does 1 – 50,                     )
19                                       )
              Defendants.                )
20  _____)

21

22

23

24

25

26

27

28

            NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The Notice of Pendency of Other Actions or Proceedings filed in this Court on August 22, 2008, in connection with the Notice of Removal, Case No. CV-08-4031, identified the wrong pending action. The corrected Notice should read:

Pursuant to Civil Local Rule 3-13 of this Court, the undersigned, counsel of record for defendant MBIA, INC., believes that the instant action involves all or a material part of the subject matter of a nearly identical action filed on July 23, 2008 on behalf of the City of Los Angeles in the Superior Court of California in and for the County of Los Angeles, entitled *City of Los Angeles v. Ambac Financial Group Inc. et al.*, Case No. BC394943. The instant action and this other action allege the same statutory and common law claims against the same defendants based on the same or similar alleged acts or omissions.

The undersigned also believes, based on various media reports, that there may be, in addition to the other action identified above, additional actions brought on the same or similar grounds against the same defendants in other jurisdictions throughout the state; the undersigned has no specific knowledge of such actions, but believes such actions may be filed in the future.

DATED: August 27, 2008

PROSKAUER ROSE LLP
SCOTT P. COOPER
KEITH BUTLER

By: /s/ Keith Butler

Attorneys for Defendants
MBIA, INC.

-1-
NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

| | |
|---|---|
| 1 | SCOTT P. COOPER, SBN 96905 |
| | scooper@proskauer.com |
| 2 | KEITH BUTLER, SBN 215670 |
| | kbutler@proskauer.com |
| 3 | PROSKAUER ROSE LLP |
| | 2049 Century Park East, 32nd Floor |
| 4 | Los Angeles, California 90067-3206 |
| | Telephone:   (310) 557-2900 |
| 5 | Facsimile:    (310) 557-2193 |
| 6 | Attorneys for Defendant |
| | MBIA, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CITY OF STOCKTON, | ) | Case No. CV 08-4031 |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| AMBAC FINANCIAL GROUP, INC.; MBIA, INC.; XL CAPITAL ASSURANCE INC.; ACA FINANCIAL GUARANTY CORP; FINANCIAL GUARANTY INSURANCE COMPANY; CIFG ASSURANCE NORTH AMERICA, INC.; JASON KISSANE; NEIL PACK; and Does 1 – 50, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On August 27, 2008, I served the following documents, described as:

**NOTICE OF ERRATA RE: NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

☒   by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as follows:

Richard E. Nosky, Jr., Esq.
CITY ATTORNEY
CITY OF STOCKTON
425 North El Dorado Street
Stockton, CA 95202
Ph:    (209) 937-8009
Fax:   (209) 937-8898

Joseph W. Cotchett, Esq.
Nanci E. Nishimura, Esq.
Stuart G. Gross, Esq.
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Ph:    650-697-6000
Fax:   650-697-0577

William H. Parish, Esq.
Parish & Small
1919 Grand Canal Boulevard
Suite A-5
Stockton, CA 95207
Ph:    (209) 952-1992
Fax:   (209) 952-0250

☒   (By Mail) I am "readily familiar" with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the envelopes would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

---

1

CERTIFICATE OF SERVICE

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on August 27, 2008 at Los Angeles, California.
3
4      Karen J. Jones                              /s/ Karen J. Jones
    Type or Print Name                        Signature

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
CERTIFICATE OF SERVICE