SCOTT P. COOPER, SBN 96905
    scooper@proskauer.com
KEITH BUTLER, SBN 215670
    kbutler@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone:  (310) 557-2900
Facsimile:  (310) 557-2193

Attorneys for Defendant
MBIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF STOCKTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMBAC FINANCIAL GROUP INC.; MBIA, INC.; XL CAPITAL ASSURANCE INC.; ACA FINANCIAL GUARANTY CORP; FINANCIAL GUARANTY INSURANCE COMPANY; CIFG ASSURANCE NORTH AMERICA, INC.; JASON KISSANE; NEIL PACK; and Does 1 – 50,<br><br>　　　　　Defendants. | Case No. CV 08 4031<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　　　The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

DATED: August 28, 2008　　　　　　　　PROSKAUER ROSE LLP
　　　　　　　　　　　　　　　　　　　　SCOTT P. COOPER
　　　　　　　　　　　　　　　　　　　　KEITH BUTLER

　　　　　　　　　　　　　　　　　　　　By:　/s/ Keith Butler
　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　MBIA, INC. and Jason Kissane

| | | |
|---|---|---|
| 1 | Dated: August 28, 2008 | MURPHY, PEARSON, BRADLEY & FEENEY |
| 2 | | |
| 3 | | By: *John Girarde* by KLB |
| 4 | | John Girarde<br>jgirarde@mpbf.com<br>88 Kearny Street, 10th Floor |
| 5 | | San Francisco, CA 94108<br>(415) 788-1900 |
| 6 | | Fax: (415) 393-8087 |
| 7 | | PATTERSON BELKNAP WEBB & TYLER LLP |
| 8 | | Robert P. LoBue<br>rplobue@pbwt.com |
| 9 | | 1133 Avenue of the Americas<br>New York, NY 10036-6710 |
| 10 | | (212) 336-2596<br>Fax: (212) 336-2395 |
| 11 | | |
| 12 | | Attorneys for Defendant<br>Ambac Financial Group, Inc. |
| 13 | | |
| 14 | Dated: August 28, 2008 | LOEB & LOEB LLP |
| 15 | | |
| 16 | | By: *Daniel G. Murphy* by KLB |
| | | Daniel G. Murphy (SBN 141006) |
| 17 | | dmurphy@loeb.com<br>10100 Santa Monica Boulevard |
| 18 | | Suite 2200<br>Los Angeles, California 90067 |
| 19 | | (310) 282-2000<br>Fax: (310) 282-2200 |
| 20 | | |
| 21 | | DEBEVOISE & PLIMPTON LLP |
| 22 | | Mark P. Goodman<br>mpgoodman@debevoise.com |
| 23 | | Elliot Greenfield<br>egreenfield@debevoise.com |
| 24 | | 919 Third Avenue<br>New York, New York 10022 |
| 25 | | (212) 909-6000<br>Fax: (212) 909-6836 |
| 26 | | |
| 27 | | Attorneys for Defendant XL Capital Assurance Inc. |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: August 28, 2008 | HIRSCHMANN LAW GROUP |
| 2 | | |
| 3 | | By: *Shane W. Tseng by KLB* |
| | | Ralph F. Hirschmann |
| 4 | | rfh@hirschmannlaw.com |
| | | Shane W. Tseng |
| 5 | | swt@hirschmannlaw.com |
| | | 707 Wilshire Boulevard, Suite 3260 |
| 6 | | Los Angeles, California 90017 |
| | | (213) 891-1700 |
| 7 | | Fax: (213) 891-1556 |
| 8 | | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP |
| 9 | | Douglas Flaum |
| | | *douglas.flaum@friedfrank.com* |
| 10 | | Shahzeb Lari |
| | | *shahzeb.lari@friedfrank.com* |
| 11 | | One New York Plaza |
| | | New York, New York 10004-1980 |
| 12 | | (212) 859-8000 |
| | | Fax: (212) 859-4000 |
| 13 | | |
| 14 | | Attorneys for Defendant ACA Financial Guaranty Corp. |
| 15 | | |
| 16 | Dated: August 28, 2008 | RICHARDS KIBBE & ORBE LLP |
| 17 | | |
| 18 | | By: *David W.T. Daniels by KLB* |
| 19 | | David W.T. Daniels (SBN 172791) |
| | | ddaniels@rkollp.com |
| 20 | | Portrait Building |
| | | 701 8th Street, N.W. |
| 21 | | Washington, DC 20001-3727 |
| | | (202) 261-2960 |
| 22 | | Fax: (202) 261-2999 |
| 23 | | Brian S. Fraser |
| | | *bfraser@rkollp.com* |
| 24 | | One World Financial Center |
| | | New York, New York 10281-1003 |
| 25 | | (212) 530-1800 |
| | | Fax: (212) 530-1801 |
| 26 | | |
| 27 | | Attorneys for Defendant Financial Guaranty Insurance Company |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: August 28, 2008 | CADWALADER, WICKERSHAM & TAFT LLP |

By: *Jonathan M. Hoff* by KLB
Jonathan M. Hoff (SBN 99787)
*jonathan.hoff@cwt.com*
One World Financial Center
New York, New York 10281
(212) 504-6474
Fax: (212) 504-6666

Attorneys for Defendant
CIFG Assurance North America, Inc.

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On August 28, 2008, I served the following document(s), described as:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☒   by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as follows:

Richard E. Nosky, Jr., Esq.
CITY ATTORNEY
CITY OF STOCKTON
425 North El Dorado Street
Stockton, CA 95202
Ph:   (209) 937-8009
Fax:  (209) 937-8898

Joseph W. Cotchett, Esq.
Nanci E. Nishimura, Esq.
Stuart G. Gross, Esq.
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Ph:   650-697-6000
Fax:  650-697-0577

William H. Parish, Esq.
Parish & Small
1919 Grand Canal Boulevard
Suite A-5
Stockton, CA 95207
Ph:   (209) 952-1992
Fax:  (209) 952-0250

☒   (By Mail) I am "readily familiar" with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the envelopes would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

1

1 | Executed on August 28, 2008 at Los Angeles, California.

| Karen J. Jones | *Karen J. Jones* (signature) |
|---|---|
| Type or Print Name | Signature |