DANIEL MURPHY (SBN 141006)
DMURPHY@LOEB.COM
W. ALLAN EDMISTON (SBN 228246)
AEDMISTON@LOEB.COM
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: 310-282-2000
Facsimile: 310-282-2200

Attorneys for Defendant
XL CAPITAL ASSURANCE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF STOCKTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMBAC FINANCIAL GROUP INC.; MBIA, INC.; XL CAPITAL ASSURANCE INC.; ACA FINANCIAL GUARANTY CORP; FINANCIAL GUARANTY INSURANCE COMPANY; CIFG ASSURANCE NORTH AMERICA, INC.; JASON KISSANE; NEIL PACK; and DOES 1-50,<br><br>　　　　Defendants. | Case No. CV 08 4031 WDB<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1(A) EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO THE INITIAL COMPLAINT** |

LA1802152.3
666666-66666

STIPULATION EXTENDING TIME FOR ALL
DEFENDANTS TO RESPOND TO THE
COMPLAINT

1. Whereas, plaintiff filed the complaint in this action on or about July 23, 2008 in San Francisco County Superior Court;

2. Whereas, defendant MBIA Inc. filed a notice of removal of this action to this court on August 22, 2008;

3. Whereas, all defendants' responses to the complaint in this removed action would be due on August 29, 2008;

4. Whereas this Court's local rule 6-1(a) provides that "Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order";

5. Whereas, counsel for plaintiff and for defendants have agreed that the date for all defendants to respond (by answer or motion) to the complaint in this complex action shall be extended until October 24, 2008;

Now, therefore, the parties hereby stipulate as follows:

1. The date for all defendants to respond (by answer or motion) to the complaint shall be extended until October 24, 2008.

Dated: August 27, 2008

LOEB & LOEB LLP

By: /s/ Daniel G. Murphy
Daniel G. Murphy (Bar No. 141006)
dmurphy@loeb.com
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, California 90067
(310) 282-2000
Fax: (310) 282-2200

| | |
|---|---|
| 1 | DEBEVOISE & PLIMPTON LLP |
| 2 | Mark P. Goodman |
| | *mpgoodman@debevoise.com* |
| 3 | Elliot Greenfield |
| | *egreenfield@debevoise.com* |
| 4 | 919 Third Avenue |
| | New York, New York 10022 |
| 5 | (212) 909-6000 |
| | Fax: (212) 909-6836 |
| 6 | |
| 7 | Attorneys for Defendant XL Capital Assurance Inc. |
| 8 | Dated: August 27, 2008    COTCHETT, PITRE & MCCARTHY |
| 9 | |
| 10 | By: /s/ Nanci E Nishimura |
| 11 | Joseph W. Cotchett (No. 36324) |
| | *jcotchett@cpmlegal.com* |
| 12 | Nanci E. Nishimura (No 152621) |
| | *nnishimura@cpmlegal.com* |
| 13 | Stuiart G. Gross (No. 251019) |
| | *sgross@cpmlegal.com* |
| 14 | San Francisco Airport Office Center |
| | 840 Malcolm Road, Suite 200 |
| 15 | Burlingame, CA 94010 |
| | (650) 697-6000 |
| 16 | CITY ATTORNEY, CITY OF STOCKTON |
| 17 | |
| 18 | Richard E. Nosky |
| | *Ren.nosky@ci.stockton.ca.us* |
| 19 | 425 North El Dorado Street |
| | Stockton, California 95202-1950 |
| 20 | Telephone: (209) 937-8009 |
| | Facsimile: (209) 937-8898 |
| 21 | PARISH & SMALL |
| 22 | |
| | William H. Parish (No. 95913) |
| 23 | *whparish@parishsmall.com* |
| | 1919 Grand Canal Blvd., Suite A-5 |
| 24 | Stockton, California 95207-8114 |
| | Telephone: (209) 952-1992 |
| 25 | Facsimile: (209) 952-0250 |
| 26 | Attorneys for Plaintiff |
| | CITY OF STOCKTON |
| 27 | |
| 28 | |

LA1802152.3     3     STIPULATION EXTENDING TIME TO ALL
666666-66666          DEFENDANTS TO RESPOND TO THE
                      COMPLAINT

1  Dated: August 27, 2008    CADWALADER, WICKERSHAM & TAFT LLP

By: /s/ Jonathan M. Hoff
Jonathan M. Hoff (No. 09787)
jonathan.hoff@cwt.com
One World Financial Center
New York, New York 10281
(212) 504-6474
Fax: (212) 504-6666

Attorneys for Defendant
CIFG Assurance North America, Inc.

Dated: August 27, 2008    HIRSCHMANN LAW GROUP

By: /s/ Ralph F. Hirschmann
Ralph F. Hirschmann
rfh@hirschmannlaw.com
Shane W. Tseng
swt@hirschmannlaw.com
707 Wilshire Boulevard, Suite 3260
Los Angeles, California 90017
(213) 891-1700
Fax: (213) 891-1556


FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Douglas Flaum
douglas.flaum@friedfrank.com
Shahzeb Lari
shahzeb.lari@friedfrank.com
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
Fax: (212) 859-4000

Attorneys for Defendant
ACA Financial Guaranty Corp.

| | |
|---|---|
| Dated: August ___, 2008 | RICHARDS KIBBE & ORBE LLP<br><br>By:_____<br>David W.T. Daniels<br>ddaniels@rkollp.com<br>Portrait Building<br>701 8th Street, N.W.<br>Washington, DC 20001-3727<br>(202) 261-2960<br>Fax: (202) 261-2999<br><br>Brian S. Fraser<br>bfraser@rkollp.com<br>One World Financial Center<br>New York, New York 10281-1003<br>(212) 530-1800<br>Fax: (212) 530-1801<br><br>Attorneys for Defendant<br>Financial Guaranty Insurance Company |
| Dated: August 27, 2008 | MURPHY, PEARSON, BRADLEY & FEENEY<br><br>By: /s/ John P. _____<br>John Girarde<br>jgirarde@mpbf.com<br>88 Kearny Street, 10th Floor<br>San Francisco, CA 94108<br>(415) 788-1900<br>Fax: (415) 393-8087<br><br>PATTERSON BELKNAP WEBB & TYLER LLP<br>Robert P. LoBue<br>rplobue@pbwt.com<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>(212) 336-2596<br>Fax: (212) 336-2395<br><br>Attorneys for Defendant<br>Ambac Financial Group, Inc. |

1
2  Dated: August 27, 2008                    RICHARDS KIBBE & ORBE LLP
3
4                                            By: _____
5                                               David W.T. Daniels
                                                ddaniels@rkollp.com
6                                               Portrait Building
                                                701 8th Street, N.W.
7                                               Washington, DC 20001-3727
                                                (202) 261-2960
8                                               Fax: (202) 261-2999

9                                               Brian S. Fraser
                                                bfraser@rkollp.com
10                                              One World Financial Center
                                                New York, New York 10281-1003
11                                              (212) 530-1800
                                                Fax: (212) 530-1801
12
                                                Attorneys for Defendant
13                                              Financial Guaranty Insurance Company

14  Dated: August ___, 2008                  MURPHY, PEARSON, BRADLEY
                                             & FEENEY
15
16                                           By: _____
                                                John Girarde
17                                              jgirarde@mpbf.com
                                                88 Kearny Street, 10th Floor
18                                              San Francisco, CA 94108
                                                (415) 788-1900
19                                              Fax: (415) 393-8087

20                                           PATTERSON BELKNAP WEBB
                                             & TYLER LLP
21                                           Robert P. LoBue
                                             rplobue@pbwt.com
22                                           1133 Avenue of the Americas
                                             New York, NY 10036-6710
23                                           (212) 336-2596
                                             Fax: (212) 336-2395
24
                                             Attorneys for Defendant
25                                           Ambac Financial Group, Inc.
26
27
28

1
2   PROSKAUER ROSE LLP
3
4   By: /s/ Keith Butler/dgn
5   SCOTT P. COOPER, SBN 96905
    scooper@proskauer.com
    KEITH BUTLER, SBN 215670
6   kbutler@proskauer.com
    2049 Century Park East, 32nd Floor
7   Los Angeles, California 90067-3206
    (310) 557-2900
8   Fax: (310) 557-2193

9   Attorneys for Defendant
    MBIA, INC. and JASON KISSANE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LA1802152.3
666666-66666

6

STIPULATION EXTENDING TIME TO ALL
DEFENDANTS TO RESPOND TO THE
COMPLAINT

# PROOF OF SERVICE

I, OLIVIA JOHNSON, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On August 28, 2008, I served a true copy of the STIPULATION PURSUANT TO LOCAL RULE 6-1(A) EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO THE INITIAL COMPLAINT on the parties in this cause as follows:

[X]   (VIA U.S. MAIL) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then placing such sealed envelope for collection and mailing with the United States Postal Service in accordance with Loeb & Loeb LLP's ordinary business practices.

**[SEE ATTACHED SERVICE LIST]**

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 28, 2008, at Los Angeles, California.

_____
OLIVIA JOHNSON

LA1802152.3
666666-66666

7

STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO THE COMPLAINT

## SERVICE LIST

| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP<br>Mark P. Goodman<br>Elliot Greenfield<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000<br>Fax: (212) 909-6836 | *Attorneys for Defendant XL Capital Assurance Inc.* |
| COTCHETT, PITRE & MCCARTHY<br>Joseph W. Cotchett<br>Nanci E. Nishimura<br>Stuiart G. Gross<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>(650) 697-6000 | *Attorneys for Plaintiff City of Los Angeles* |
| CITY ATTORNEY, CITY OF STOCKTON<br>Richard E. Nosky<br>425 North El Dorado Street<br>Stockton, California 95202-1950<br>Telephone: (209) 937-8009<br>Facsimile: (209) 937-8898 | *Attorneys for Plaintiff City of Stockton* |
| PARISH & SMALL<br>William H. Parish (No. 95913)<br>1919 Grand Canal Blvd., Suite A-5<br>Stockton, California 95207-8114<br>Telephone: (209) 952-1992<br>Facsimile: (209) 952-0250 | *Attorneys for Plaintiff City of Stockton* |
| CADWALADER, WICKERSHAM & TAFT LLP<br>Jonathan M. Hoff<br>One World Financial Center<br>New York, New York 10281<br>(212) 504-6474<br>Fax: (212) 504-6666 | *Attorneys for Defendant CIFG Assurance North America, Inc.* |
| HIRSCHMANN LAW GROUP<br>Ralph F. Hirschmann<br>Shane W. Tseng<br>707 Wilshire Boulevard, Suite 3260<br>Los Angeles, California 90017<br>(213) 891-1700<br>Fax: (213) 891-1556 | *Attorneys for Defendant ACA Financial Guaranty Corp.* |

| | |
|---|---|
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>Douglas Flaum<br>Shahzeb Lari<br>One New York Plaza<br>New York, New York 10004-1980<br>(212) 859-8000<br>Fax: (212) 859-4000 | *Attorneys for Defendant*<br>*ACA Financial Guaranty Corp.* |
| RICHARDS KIBBE & ORBE LLP<br>David W.T. Daniels<br>Portrait Building<br>701 8th Street, N.W.<br>Washington, DC 20001-3727<br>(202) 261-2960<br>Fax: (202) 261-2999 | *Attorneys for Defendant*<br>*Financial Guaranty Insurance Company* |
| Brian S. Fraser<br>One World Financial Center<br>New York, New York 10281-1003<br>(212) 530-1800<br>Fax: (212) 530-1801 | *Attorneys for Defendant*<br>*Financial Guaranty Insurance Company* |
| MURPHY, PEARSON, BRADLEY & FEENEY<br>John Girarde<br>88 Kearny Street, 10th Floor<br>San Francisco, CA 94108<br>(415) 788-1900<br>Fax: (415) 393-8087 | *Attorneys for Defendant*<br>*Ambac Financial Group, Inc.* |
| PATTERSON BELKNAP WEBB & TYLER LLP<br>Robert P. LoBue<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>(212) 336-2596<br>Fax: (212) 336-2395 | *Attorneys for Defendant*<br>*Ambac Financial Group, Inc.* |
| PROSKAUER ROSE LLP<br>SCOTT P. COOPER<br>KEITH BUTLER<br>2049 Century Park East, 32nd Floor<br>Los Angeles, California 90067-3206<br>(310) 557-2900<br>Fax: (310) 557-2193 | *Attorneys for Defendant*<br>*MBIA, INC. and JASON KISSANE* |