1  SCOTT P. COOPER, SBN 96905
      scooper@proskauer.com
2  KEITH BUTLER, SBN 215670
      kbutler@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, California 90067-3206
   Telephone:  (310) 557-2900
5  Facsimile:   (310) 557-2193

6  Attorneys for Defendant
   MBIA, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 CITY OF STOCKTON,                        ) Case No. CV 08-4031 WDB
                                            )
13              Plaintiff,                  )
                                            ) **PROOF OF SERVICE**
14       v.                                 )
                                            )
15 AMBAC FINANCIAL GROUP, INC.;             )
   MBIA, INC.; XL CAPITAL                   )
16 ASSURANCE INC.; ACA FINANCIAL            )
   GUARANTY CORP; FINANCIAL                 )
17 GUARANTY INSURANCE COMPANY;              )
   CIFG ASSURANCE NORTH AMERICA,            )
18 INC.; JASON KISSANE; NEIL PACK;          )
   and Does 1 – 50,                         )
19                                          )
                Defendants.                 )
20                                          )

21

22 STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

23      I declare that:  I am employed in the County of Los Angeles, California.  I am

24 over the age of eighteen years and not a party to the within cause; my business

25 address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

26      On August 25, 2008, I served the following documents, described as:

27      1.    ECF Registration Information Handout;

28      2.    Order Setting Initial Case Management Conference and ADR

Deadlines;

3. Notice of Assignment of Case to a United States Magistrate Judge for Trial;

4. Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California;

5. conformed copy of NOTICE OF REMOVAL OF THE CIVIL ACTION FROM THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN FRANCISCO; DECLARATION OF SCOTT P. COOPER IN SUPPORT THEREOF, including as exhibits:

    A.    SAN FRANCISCO COUNTY SUPERIOR COURT COMPLAINT AND SUMMONS;

    B.    NOTICE TO STATE COURT OF DEFENDANTS' FILING OF NOTICE OF REMOVAL TO U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA;

    C.    NOTICE TO ADVERSE PARTY OF DEFENDANTS' FILING OF NOTICE OF REMOVAL TO U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; and

    D.    CONSENTS TO REMOVAL;

6. conformed copy of CIVIL COVER SHEET;

7. conformed copy of CERTIFICATION AND NOTICE OF INTERESTED PARTIES;

8. conformed copy of NOTICE OF RELATED CASES;

9. conformed copy of NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS;

10. conformed copy of PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; and

11. conformed copy of CERTIFICATE OF SERVICE

☒ by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as follows:

Richard E. Nosky, Jr., Esq.
CITY ATTORNEY
CITY OF STOCKTON
425 North El Dorado Street
Stockton, CA 95202
Ph:   (209) 937-8009
Fax:  (209) 937-8898

Joseph W. Cotchett, Esq.
Nanci E. Nishimura, Esq.
Stuart G. Gross, Esq.
COTCHETT, PITRE &
   MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Ph:   650-697-6000
Fax:  650-697-0577

William H. Parish, Esq.
Parish & Small
1919 Grand Canal Boulevard
Suite A-5
Stockton, CA 95207
Ph:   (209) 952-1992
Fax:  (209) 952-0250

☒ (By Overnight Courier) By causing such envelopes to be delivered the next business day to the offices of the addressees via Federal Express or other similar overnight delivery service.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 25, 2008 at Los Angeles, California.

____Patty Hays____                    ____/s/ Patty Hays____
Type or Print Name                           Signature