UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

City of Stockton,

                Plaintiff(s),

v.

Ambac Financial Group, Inc., et al.

                Defendant(s).

CASE NO. CV 08 4031 (MMC)

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Elliot Greenfield, an active member in good standing of the bar of the State of New York whose business address and telephone number ~~(particular court to which applicant is admitted)~~ is, Debevoise & Plimpton LLP, 919 Third Avenue, New York, New York 10022 (212) 909-6000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing XL Capital Assurance, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 18, 2008



United States District Judge

American LegalNet, Inc.
www.FormsWorkflow.com