**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

City of Stockton

                    Plaintiff(s),

            v.                                    CASE NO. CV 08 4031 (MMC)

Ambac Financial Group, Inc., et al.
                                                  ~~(Proposed)~~
                                                  **ORDER GRANTING APPLICATION**
                                                  **FOR ADMISSION OF ATTORNEY**
                                                  ***PRO HAC VICE***
_____

                    Defendant(s).

Mark P. Goodman, an active member in good standing of the bar of the State of New York

whose business address and telephone number ~~(particular court to which applicant is admitted)~~

is, Debevoise & Plimpton LLP, 919 Third Avenue, New York, New York 10022 (212) 909-

6000, having applied in the above-entitled action for admission to practice in the Northern

District of California on a *pro hac vice* basis, representing XL Capital Assurance, Inc.

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:  September 18, 2008

                                                  _____
                                                  United States  District    Judge

American LegalNet, Inc.
www.FormsWorkflow.com

United States District Court
For the Northern District of California