|   |   |
|---|---|
| 1 | James A. Murphy – 062223 |
|   | jmurphy@mpbf.com |
| 2 | John P. Girarde – 191518 |
|   | jgirarde@mpbf.com |
| 3 | MURPHY, PEARSON, BRADLEY & FEENEY |
|   | 88 Kearny Street, 10th Floor |
| 4 | San Francisco, CA 94108-5530 |
|   | Tel: (415) 788-1900 |
| 5 | Fax: (415) 393-8087 |

Robert P. LoBue - New York Bar No. 1530039
rplobue@pbwt.com
Brian N. Lasky – New York Bar No. 3993417
bnlasky@pbwt.com
Ella Campi - New York Bar No. 4566782
ecampi@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Defendant
**AMBAC FINANCIAL GROUP, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF STOCKTON, | Case No.: 3:08-cv-04031-MMC |
| Plaintiff, | Hon. Maxine M. Chesney |
| v. | [PROPOSED] ORDER GRANTING APPLICATION OF ROBERT P. LoBUE FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| AMBAC FINANCIAL GROUP, INC.; MBIA, INC.; XL CAPITAL ASSURANCE, INC.; ACA FINANCIAL GUARANTY CORP.; FINANCIAL GUARANTY INSURANCE COMPANY; CIFG ASSURANCE NORTH AMERICA, INC.; JASON KISSANE; NEIL PACK; and DOES 1-50; | |
| Defendants. | |

ROBERT P. LoBUE, an active member in good standing of the bar of the State of New York, whose business address and telephone number is

- 1 -

Case 3:08-cv-04031-MMC   Document 30   Filed 09/22/08   Page 2 of 2

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel:   (212) 336-2000
Fax:   (212) 336-2222
E-mail:*rplobue@pbwt.com*

having applied in above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant AMBAC FINANCIAL GROUP, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro ha vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirement contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 22, 2008

*[signature]*
United States Judge

JPG.10437545.doc

Maxine M. Chesney
United States District Judge

---

- 2 -

[PROPOSED] ORDER GRANTING APPLICATION OF ROBERT P. LoBUE FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No.: 3:08-cv-04031-MMC