James A. Murphy – 062223
jmurphy@mpbf.com
John P. Girarde – 191518
jgirarde@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:    (415) 788-1900
Fax:    (415) 393-8087

Robert P. LoBue - New York Bar No. 1530039
rplobue@pbwt.com
Brian N. Lasky – New York Bar No. 3993417
bnlasky@pbwt.com
Ella Campi - New York Bar No. 4566782
ecampi@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York  10036
Tel:    (212) 336-2000
Fax:    (212) 336-2222

Attorneys for Defendant
**AMBAC FINANCIAL GROUP, INC.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF STOCKTON,<br><br>Plaintiff,<br><br>v.<br><br>AMBAC FINANCIAL GROUP, INC.; MBIA, INC.; XL CAPITAL ASSURANCE, INC.; ACA FINANCIAL GUARANTY CORP.; FINANCIAL GUARANTY INSURANCE COMPANY; CIFG ASSURANCE NORTH AMERICA, INC.; JASON KISSANE; NEIL PACK; and DOES 1-50;<br><br>Defendants. | Case No.: 3:08-cv-04031-MMC<br><br>Hon. Maxine M. Chesney<br><br>[PROPOSED] **ORDER GRANTING APPLICATION OF BRIAN N. LASKY FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

BRIAN N. LASKY, an active member in good standing of the bar of the State of New York, whose business address and telephone number is

- 1 -

|   |   |
|---|---|
| 1 | PATTERSON BELKNAP WEBB & TYLER LLP |
| 2 | 1133 Avenue of the Americas<br>New York, New York 10036 |
| 3 | Tel:   (212) 336-2000<br>Fax:   (212) 336-2222 |
|   | E-mail:*bnlasky@pbwt.com* |

having applied in above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant AMBAC FINANCIAL GROUP, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro ha vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirement contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 22, 2008

~~United States Judge~~
Maxine M. Chesney
United States District Judge

JPG.10437550.doc

- 2 -

~~[PROPOSED]~~ ORDER GRANTING APPLICATION OF BRIAN N. LASKY FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No.: 3:08-cv-04031-MMC