1  James A. Murphy – 062223
   *jmurphy@mpbf.com*
2  John P. Girarde – 191518
   *jgirarde@mpbf.com*
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA 94108-5530
   Tel:   (415) 788-1900
5  Fax:   (415) 393-8087

6  Robert P. LoBue - New York Bar No. 1530039
   *rplobue@pbwt.com*
7  Brian N. Lasky – New York Bar No. 3993417
   *bnlasky@pbwt.com*
8  Ella Campi - New York Bar No. 4566782
   *ecampi@pbwt.com*
9  PATTERSON BELKNAP WEBB & TYLER LLP
   1133 Avenue of the Americas
10 New York, New York 10036
   Tel:   (212) 336-2000
11 Fax:   (212) 336-2222

12 Attorneys for Defendant
   **AMBAC FINANCIAL GROUP, INC.**
13

14

15                    **UNITED STATES DISTRICT COURT**

16                   **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| CITY OF STOCKTON, | Case No.: 3:08-cv-04031-MMC |
| Plaintiff, | Hon. Maxine M. Chesney |
| v. | [~~PROPOSED~~] **ORDER GRANTING APPLICATION OF ELLA CAMPI FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| AMBAC FINANCIAL GROUP, INC.; MBIA, INC.; XL CAPITAL ASSURANCE, INC.; ACA FINANCIAL GUARANTY CORP.; FINANCIAL GUARANTY INSURANCE COMPANY; CIFG ASSURANCE NORTH AMERICA, INC.; JASON KISSANE; NEIL PACK; and DOES 1-50; | |
| Defendants. | |

   ELLA CAMPI, an active member in good standing of the bar of the State of New York, whose business address and telephone number is

- 1 -

| | |
|---|---|
| 1 | PATTERSON BELKNAP WEBB & TYLER LLP |
| 2 | 1133 Avenue of the Americas<br>New York, New York 10036 |
| 3 | Tel:   (212) 336-2000<br>Fax:   (212) 336-2222 |
| 4 | E-mail:*bnlasky@pbwt.com* |

having applied in above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant AMBAC FINANCIAL GROUP, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro ha vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirement contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 22, 2008

*[signature]*
~~United States Judge~~
Maxine M. Chesney
United States District Judge

JPG.10437553.doc

- 2 -

[PROPOSED] ORDER GRANTING APPLICATION OF ELLA CAMPI FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No.: 3:08-cv-04031-MMC