IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF STOCKTON,<br><br>    Plaintiff,<br><br>  v.<br><br>AMBAC FINANCIAL GROUP, INC., et al.,<br><br>    Defendants.<br>_____ / | No. C-08-4031 MMC<br><br>**ORDER DENYING DEFENDANTS' REQUEST TO SHORTEN TIME ON MOTION TO TRANSFER VENUE; DEFERRING RULING ON DEFENDANTS' REQUEST TO CONTINUE HEARING ON MOTION FOR REMAND** |

    The Court is in receipt of defendants' "Request to Shorten Time on Their Motion to Transfer Venue, or in the Alternative to Enlarge Time and Continue the Hearing on Plaintiff's Motion for Remand," filed October 10, 2008.  No good cause having been shown for defendants' delay in moving to transfer, and given the prejudice to plaintiff presented by such an accelerated briefing schedule, the request to shorten time is hereby DENIED.

    The Court will DEFER ruling on defendants' request to continue the hearing on plaintiff's motion for remand, pending plaintiff's response thereto.  <u>See</u> Civ. L.R. 7-11(b).

**IT IS SO ORDERED.**

Dated: October 14, 2008

                              MAXINE M. CHESNEY
                              United States District Judge