IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF STOCKTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMBAC FINANCIAL GROUP, INC., et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-08-4031 MMC<br><br>**ORDER DENYING DEFENDANTS' REQUEST TO CONTINUE HEARING ON MOTION FOR REMAND TO DECEMBER 5, 2008; CONTINUING HEARING TO OCTOBER 31, 2008** |

　　　　On October 10, 2008, defendants filed a "Request to Shorten Time on Their Motion to Transfer Venue, or in the Alternative to Enlarge Time and Continue the Hearing on Plaintiff's Motion for Remand." On October 14, 2008, the Court denied the request to shorten time and deferred ruling on the request to continue, pending plaintiff's response thereto. (See Order filed October 14, 2008). That same date, plaintiff filed opposition to the request in its entirety. Thereafter, on October 16, 2008, defendants filed a reply and plaintiff filed an opposition limited to the deferred portion of the request. Having read and considered the papers filed in support of and in opposition to the request to continue, the Court finds defendants, under the circumstances currently pertaining, have failed to show good cause for the requested continuance.

　　　　Accordingly, the request to continue, to December 5, 2008, the hearing on plaintiff's motion is hereby DENIED.

Due to the unavailability of the Court on October 24, 2008, however, the hearing on plaintiff's motion is hereby CONTINUED to October 31, 2008.

**IT IS SO ORDERED.**

Dated:  October 17, 2008

_____
MAXINE M. CHESNEY
United States District Judge

2