1  Ralph F. Hirschmann (State Bar No. 81912)
   rfh@hirschmannlaw.com
2  Shane W. Tseng (State Bar No. 200597)
   swt@hirschmannlaw.com
3  HIRSCHMANN LAW GROUP
   707 Wilshire Boulevard, Suite 3260
4  Los Angeles, California 90017
   Telephone: (213) 891-1700
5  Facsimile: (213) 891-1556

6  Attorneys for Defendant
   ACA Financial Guaranty Corp.
7

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11

12  CITY OF STOCKTON,                    )  Case No. CV 08-04031 MMC
                                         )
13              Plaintiff,               )  [PROPOSED] ORDER GRANTING
                                         )  THE APPLICATION FOR *PRO*
14       v.                              )  *HAC VICE* ADMISSION OF
                                         )  DOUGLAS FLAUM
15  AMBAC FINANCIAL GROUP INC.;          )
    MBIA INC.; XL CAPITAL                )
16  ASSURANCE INC.; ACA FINANCIAL        )
    GUARANTY CORP.; FINANCIAL            )
17  GUARANTY INSURANCE                   )
    COMPANY; CIFG ASSURANCE              )
18  NORTH AMERICA, INC.; JASON           )
    KISSANE; NEIL PACK; and DOES 1 –     )
19  50,                                  )
                                         )
20              Defendants.              )
                                         )
21

22

23

24

25

26

27

28

Douglas Flaum, an active member in good standing of the bars of New York State, the Southern, Eastern, and Western Districts of New York, and the Courts of Appeals for the Second and Ninth Circuits, whose business address and telephone number is:

>Douglas Flaum
>douglas.flaum@friedfrank.com
>Fried, Frank, Harris, Shriver & Jacobson LLP
>One New York Plaza
>New York, New York  10004-1980
>(213) 859-8000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant ACA Financial Guaranty Corp.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance by *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED: October 20, 2008

United States District Court Judge/~~United States Magistrate Judge~~

[PROPOSED] ORDER GRANTING THE APPLICATION FOR PRO HAC VICE ADMISSION OF DOUGLAS FLAUM