SCOTT P. COOPER, SBN 96905
scooper@proskauer.com
KEITH BUTLER, SBN 215670
kbutler@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys for Defendant
MBIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF STOCKTON,<br><br>Plaintiff,<br><br>v.<br><br>AMBAC FINANCIAL GROUP INC.; MBIA, INC.; XL CAPITAL ASSURANCE INC.; ACA FINANCIAL GUARANTY CORP; FINANCIAL GUARANTY INSURANCE COMPANY; CIFG ASSURANCE NORTH AMERICA, INC.; JASON KISSANE; NEIL PACK; and Does 1 – 50,<br><br>Defendants. | Case No. CV08-4031 MMC<br><br>Hon. Maxine M. Chesney<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND WITHDRAWING MOTION TO TRANSFER VENUE, AND REMANDING ACTION TO STATE COURT** |

STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND MOTION TO TRANSFER VENUE AND REMANDING ACTION TO STATE COURT

7583/49336-004
Current/12323115v2

Case No. CV08-4031 MMC

1. Whereas, Plaintiff City of Stockton filed a complaint in this action on or about July 23, 2008 in San Francisco Superior Court;

2. Whereas, Defendant MBIA, Inc. filed a Notice of Removal of this action to this Court on August 22, 2008;

3. Whereas actions similar to the Stockton action have been filed in Los Angeles County Superior Court by the City of Los Angeles, and in San Francisco County Superior Court by the City of Oakland, and removed by Defendants to the United States District Courts for the Central District and Northern District of California, respectively;

4. Whereas, Plaintiff filed a Motion For Remand To State Court in this action on September 10, 2008;

5. Whereas, Plaintiff also filed Motions For Remand To State Court in the Los Angeles and Oakland actions;

6. Whereas, Defendants filed Joint Oppositions to the Plaintiffs' Motions For Remand in each of the Los Angeles, Stockton and Oakland actions;

7. Whereas, Judge Fairbank of the United States District Court for the Central District of California granted Plaintiff's Motion For Remand To State Court in the Los Angeles action on October 20, 2008;

8. Whereas, Defendants have agreed to withdraw their Joint Opposition to Plaintiff's Motion For Remand in this action and the Oakland action;

9. Whereas, all parties to this action and the Oakland action have agreed to stipulate to the remand of this action and the Oakland action as pleaded to state court;

10. Whereas, Defendants filed a Motion to Transfer Venue in this action on October 10, 2008;

11. Whereas, Defendants have agreed to withdraw their Motion to Transfer Venue in this action;

12. Whereas, a similar stipulation will be filed concurrently herewith in the Oakland action;

13. Whereas, the parties agree to bear their own attorneys' fees and costs with respect to all proceedings in the District Court;

Now, therefore, the parties hereby stipulate as follows:

1. Defendants' Joint Opposition to Plaintiff's Motion For Remand and Defendants' Motion to Transfer Venue in this action are withdrawn, and this action as currently pleaded should be remanded to state court, all parties to bear their own costs and fees.

IT IS SO STIPULATED.

DATED: October 22, 2008                PROSKAUER ROSE LLP

                                       By: _____
                                           Scott P. Cooper (SBN 96905)
                                           scooper@proskauer.com
                                           Keith Butler (SBN 215670)
                                           kbutler@proskauer.com
                                           2049 Century Park East, 32nd Floor
                                           Los Angeles, CA 90067-3206
                                           Telephone:  (310) 557-2900
                                           Facsimile:  (310) 557-2193

                                       *Attorneys for Defendant
                                       MBIA, INC.*

2

STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND MOTION TO TRANSFER VENUE AND REMANDING ACTION TO STATE COURT

Case No. CV08-4031 MMC

7583/49336-004
Current/12323115v2

DATED: October 22, 2008

COTCHETT, PITRE & McCARTHY

By: /s/ Nanci E. Nishimura

Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Nanci E. Nishimura (SBN 152621)
nnishimura@cpmlegal.com
Stuart G. Gross (SBN 251019)
sgross@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Telephone: (650) 697-6000
Facsimile: (650) 6979-0577

CITY OF STOCKTON, CALIFORNIA
Richard E. Nosky (SBN 130726)
ren.nosky@ci.stockton.ca.us
425 North El Dorado Street
Stockton, CA 95202-1950
Telephone: (209) 937-8009
Facsimile: (209) 937-8898

PARISH & SMALL
William H. Parish (SBN 95913)
whparish@parishmall.com
1919 Grand Canal Blvd., Suite A-5
Stockton, CA 95207-8117
Telephone: (209) 952-1992
Facsimile: (209) 952-0250

*Attorneys for Plaintiff*
*CITY OF STOCKTON*

---

3

STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND MOTION TO TRANSFER VENUE AND REMANDING ACTION TO STATE COURT

Case No. CV08-4031 MMC

7583/49336-004
Current/12323115v2

| | | |
|---|---|---|
| 1 | DATED: October 22, 2008 | MURPHY, PEARSON, BRADLEY & FEENEY |

By: _/s/ James A. Murphy_ KLB
James A. Murphy
jmurphy@mpbf.cm
John P. Girarde
jgirarde@mpbf.com
88 Kearny Street, 10th Floor
San Francisco, CA 94108
Telephone:   (415) 788-1900
Facsimile:    (415) 393-8087

PATTERSON BELKNAP WEBB &
   TYLER LLP
Robert P. LoBue
rplobue@pbwt.com
Brian N. Lasky
bnlasky@pbwt.com
Ella Campi
ecampi@pbwt.com
1133 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 336-2000
Facsimile:    (212) 336-2222

*Attorneys for Defendant*
*AMBAC FINANCIAL GROUP, INC.*

---

4

STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND MOTION TO TRANSFER VENUE AND REMANDING ACTION TO STATE COURT

7583/49336-004
Current/12323115v2

Case No. CV08-4031 MMC

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 22, 2008 | LOEB & LOEB LLP |

By: _Daniel G. Murphy_ /KbB
     Daniel G. Murphy
 *dmurphy@loeb.com*
 W. Allan Edmiston
 *aedmiston@loeb.com*
 10100 Santa Monica Blvd., Suite 2200
 Los Angeles, CA 90067-4120
 Telephone:   (310) 282-2000
 Facsimile:    (310) 282-2200

DEBEVOISE & PLIMPTON LLP
Mark P. Goodman
*mpgoodman@debevoise.com*
Elliot Greenfield
*egreenfield@debevoise.com*
919 Third Avenue
New York, NY 10022
Telephone:   (212) 909-6000
Facsimile:    (212) 909-6836

*Attorneys for Defendant*
XL CAPITAL ASSURANCE INC.

5

STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND MOTION TO TRANSFER VENUE AND REMANDING ACTION TO STATE COURT

7583/49336-004
Current/12323115v2

Case No. CV08-4031 MMC

| | |
|---|---|
| DATED: October 22, 2008 | RICHARDS KIBBE & ORBE LLP<br><br>By: _/s/ David W.T. Daniels_<br>David W.T. Daniels<br>*ddaniels@rkollp.com*<br>701 8th Street NW, Suite 300<br>Washington, DC 20001<br>Telephone:  (202) 261-2960<br>Facsimile:   (202) 261-2999<br><br>RICHARDS KIBBE & ORBE LLP<br>H. Rowan Gaither, IV<br>*rgaither@rkollp.com*<br>Shari Brandt<br>*sbrandt@rkollp.com*<br>Brian S. Fraser<br>*bfraser@rkollp.com*<br>One World Financial Center<br>New York, NY 10281<br>Telephone:  (212) 530-1800<br>Facsimile:   (212) 530-1801<br><br>*Attorneys for Defendant*<br>FINANCIAL GUARANTY INSURANCE COMPANY |

6

STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND MOTION TO TRANSFER VENUE AND REMANDING ACTION TO STATE COURT

7583/49336-004
Current/12323115v2

Case No. CV08-4031 MMC

| | |
|---|---|
| DATED: October 22, 2008 | HIRSCHMANN LAW GROUP |
| | By: /s/ Ralph F. Hirschmann     KLB |
| | Ralph F. Hirschmann |
| | *rfh@hirschmannlaw.com* |
| | Shane W. Tseng |
| | *swt@hirschmannlaw.com* |
| | 707 Wilshire Boulevard, Suite 3260 |
| | Los Angeles, CA 90017 |
| | Telephone:   (213) 891-1700 |
| | Facsimile:   (213) 891-1556 |
| | |
| | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP |
| | Douglas Flaum |
| | *douglas.flaum@friedfrank.com* |
| | Shahzeb Lari |
| | *shahzeb.lari@friedfrank.com* |
| | One New York Plaza |
| | New York, NY 10004-1980 |
| | Telephone:   (212) 859-8000 |
| | Facsimile:   (212) 859-4000 |
| | |
| | *Attorneys for Defendant* |
| | *ACA Financial Guaranty Corp.* |

7

STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND MOTION TO TRANSFER VENUE AND REMANDING ACTION TO STATE COURT

7583/49336-004
Current/12323115v2

Case No. CV08-4031 MMC

| | |
|---|---|
| DATED: October 22, 2008 | PACHULSKI, STANG, ZIEHL & JONES LLP<br><br>By: _Kenneth H. Brown_ /KLB/<br>Kenneth H. Brown<br>kbrown@pszjlaw.com<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500<br>Telephone:  (415) 263-7000<br>Facsimile:   (415) 263-7010<br><br>CADWALADER, WICKERSHAM & TAFT LLP<br>Jonathan M. Hoff<br>*jonathan.hoff@cwt.com*<br>One World Financial Center<br>New York, NY 10281<br>Telephone:  (212) 504-6000<br>Facsimile:   (212) 504-6666<br><br>*Attorneys for Defendant*<br>*CIFG ASSURANCE NORTH AMERICA* |

~~[PROPOSED]~~ ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED that this action is hereby remanded to state court, all parties to bear their own costs and fees.

October 27, 2008

_____
UNITED STATES DISTRICT JUDGE

8

STIPULATION AND ~~[PROPOSED]~~ ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND MOTION TO TRANSFER VENUE AND REMANDING ACTION TO STATE COURT

7583/49336-004
Current/12323115v2

Case No. CV08-4031 MMC